[No. 2717–2.   Division Two.   January 31, 1978.]

ORVILLE OSBORN, *as Administrator,* ET AL, *Appellants,* v. JAMES CONLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 241493, Waldo F. Stone, J., entered January 7,

1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.